**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ANTONIO T. FLOWERS,**

    **Plaintiff,**

**v.**                              **Case No.  4:26-cv-53-TKW-MAF**

**SERGEANT DORINDA KELLY,**

    **Defendant.**

                                        /

## ORDER

This case is before the Court based on the magistrate judge's Amended Report and Recommendation (Doc. 16).  No objections were filed.

Upon due consideration of the Amended Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff is not entitled to proceed in forma pauperis because he is a "three-striker" and the complaint does not plausibly allege that he is facing an "imminent danger of serious physical injury."  That, coupled with the fact that Plaintiff did not pay the filing fee when the complaint was filed, means that this case must be dismissed.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Amended Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED without prejudice under the "three-strikes

statute," 28 U.S.C. §1915(g).

3.      All pending motions are DENIED as moot.

4.      The Clerk shall enter judgment in accordance with this Order and close

the case file.

**DONE AND ORDERED** this 8th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**